Argued April 17, affirmed April 17, petition for rehearing
denied May 16, 1972

STATE OF OREGON, *Respondent, v.* ROBERT
DALE THEROUX (No. 77494), *Appellant.*

495 P2d 765

*Oscar D. Howlett,* Portland, argued the cause and filed the brief for appellant.

*Norman J. Smith,* certified law student, Willamette University, Salem, argued the cause for respondent. With him on the brief were Lee Johnson, Attorney General, and John W. Osburn, Solicitor General, Salem.

Before SCHWAB, Chief Judge, and LANGTRY and THORNTON, Judges.